# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LEE TIMOTHY HUBBARD**  **PLAINTIFF**

v.  Case No. 4:24-cv-01131-KGB

**CHARLES CLAWSON, III,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is the status of this case. On April 23, 2025, the Court ordered plaintiff Lee Timothy Hubbard either to pay the $405.00 statutory filing fee or complete an application to proceed *in forma pauperis* within 30 days from the date of entry of the Order (Dkt. No. 4). The Court warned Mr. Hubbard that Local Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants like Mr. Hubbard: (1) to notify promptly the Court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently (*Id.*, at 1–2). The Court further informed Mr. Hubbard that, under Local Rule 5.5, the Court may dismiss his case for failure to respond to any communication from the Court within 30 days (*Id.*, at 2).

Mr. Hubbard has not paid the statutory filing fee, filed an application to proceed *in forma pauperis*, or otherwise respond to the Court's April 23, 2025, Order. Given Mr. Hubbard's failure to comply with the Court's April 23, 2025, Order and prosecute diligently his case pursuant to Local Rule 5.5(c)(2), the Court dismisses without prejudice Mr. Hubbard's complaint (Dkt. No. 1). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Order and the accompanying Judgment would not be in good faith.

It is so ordered this 20th day of August, 2025.

*Kristine G. Baker*
_____
Kristine G. Baker
Chief United States District Judge