# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LEE TIMOTHY HUBBARD**                                                                          **PLAINTIFF**

v.                          **Case No. 4:24-cv-01131-KGB**

**CHARLES CLAWSON, III,** *et al.*                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Lee Timothy Hubbard's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this 20th day of August, 2025.

Kristine G. Baker
Chief United States District Judge